# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HEATHER HERNDON § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-2119-S-BK |
| § | |
| EXPERIAN § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED.**

SIGNED December 6, 2022.

_____
**UNITED STATES DISTRICT JUDGE**